JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARNOUSH FADAVI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STANDARD INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 8:18-cv-0377 JLS (DFMx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

　　Based upon the stipulation of the parties and for good cause shown,

　　IT IS HEREBY ORDERED that this action, Case No. 8:18-cv-0377 JLS (DFMx), is dismissed in its entirety as to all defendants, with prejudice.

　　IT IS HEREBY FURTHER ORDERED that all dates set in this matter are vacated and taken off the Court's calendar.

　　IT IS HEREBY FURTHER ORDERED that each party shall bear its or her own attorneys' fees and costs in this matter.

　　**IT IS SO ORDERED.**

Dated: December 3, 2018

JOSEPHINE L. STATON
_____
HON. JOSEPHINE L. STATON
United States District Court Judge